IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01796-MSK-CBS

JEFFREY COHEN, Esq., individually,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a corporation,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant's Motion for Stipulated Protective Order (filed February 7, 2006; *doc. no. 17*) is **DENIED**, without prejudice and with leave to re-file, for failure to comply with D.C.COLOL.CIVR. 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

Parties are directed to contact the ECF Help Desk at 303.335.2050 for assistance as needed.

**DATED:**      February 7, 2006