IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01796-MSK-CBS

JEFFREY COHEN, Esq., Individually,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a corporation,

      Defendant.

_____

**ORDER DISMISSING CASE**
_____

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss Pursuant to Fed.R.Civ.P.41(a) **(#29)**. The Court having reviewed the record and being fully advised in the premises,

HEREBY dismisses this matter with prejudice, each party to pay its own costs and fees. The clerk shall close the case.

DATED this 17th day of March 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge